COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-348-CV

IN RE DAVID MICHAEL SPENCER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)

------------

The court has considered relator’s petition for writ of habeas corpus and the real party in interest's response and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of habeas corpus is denied.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  October 8, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.